No. 48226.—Protests 25659–K, etc., of Mutual Supply Co. et al. (San Francisco).

Opinion by COLE, J.   It was stipulated that the merchandise in question is the same in all material respects as that passed upon in Abstract 47026, which record was incorporated herein.   In accordance therewith the claim at 1¼ cents per pound under paragraph 717 (c) was sustained.